DEFENDANT:         6. RICHARD W. JOHNSON

YEAR OF BIRTH:     1955

ADDRESS:           Denver, Colorado

COMPLAINT FILED: ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES   __X__ NO


OFFENSE:

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                      21 U.S.C. § 856(a)(1) and (2) and (b)
                      Aiding and Abetting
                      18 U.S.C. § 2


LOCATION OF OFFENSE: Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-Two: NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment


**NOTICE OF FORFEITURE**

AGENT:          Special Agent Jason Cole
                Alcohol Tobacco and Firearms

AUTHORIZED BY: Guy Till
                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

____ five days or less   __X__ over five days   ____ other

THE GOVERNMENT

   X    will seek detention in this case        _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:       X         Yes      _____ No

2