DEFENDANT:     12.  CALVIN R. RILEY

YEAR OF BIRTH:   1961

ADDRESS:     Denver, Colorado

COMPLAINT FILED:    YES    X    NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    YES   X   NO

OFFENSE:

| | |
|---|---|
| Count Nine: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Ten: | Prohibited Person in Possession of Firearm<br>18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2 |
| Count Thirty-One: | Conspiracy to Use and Maintain Drug-Involved Premises<br>21 U.S.C. §§  846 and  856(a)(1) and (2) and (b) |
| Count Thirty-Two: | Using and Maintaining Drug-Involved Premises<br>21 U.S.C. § 856(a)(1) and (2) and (b)<br>Aiding and Abetting<br>18 U.S.C. § 2 |

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Nine:  Defendant has a prior PCS state felony conviction.  NMT 30 years imprisonment; a fine of NMT $2,000,000.00, or both; NLT 6 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Ten:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

### NOTICE OF FORFEITURE

AGENT:       Special Agent Jason Cole
                  Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                      Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less     __X___ over five days     _____ other

THE GOVERNMENT

__X___ will seek detention in this case     _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __X___     Yes     _____ No