## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK

INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551-6719

January 26, 2012

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 295-2610

Clerk, United States District Court
District Court of Colorado, Denver Division
Alfred A. Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, Colorado 80294

Re:   USA vs. Lawrence T. Martin
      Our Case No.: 12-6011-01-KMH
      Your Case No.: 12-CR-00010-MSK

Dear Clerk:

Pursuant to Rule 5(c)(3), the above-entitled case is being transferred to your district. All documents may be accessed via CM/ECF using your court's PACER login/password at https://ecf.ksd.circ10.dcn.

If applicable, any sealed, non-public or conventionally filed documents are enclosed with this letter.

If you have any questions, please contact our office at (316) 315-4200.

Sincerely,

TIMOTHY M. O'BRIEN, Clerk

By  s/A. Merseal
    Deputy Clerk

Enclosures

(Revised 01/98)     CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE **1-25-12** - WICHITA

FILED
U.S. District Court
District of Kansas

CASE NO. **12-m-6011-01-KMH** UNITED STATES vs. **Lawrence T. Martin**

JAN 25 2012

Clerk, U.S. District Court
By _V. Alms_ Deputy Clerk

**APPEARANCES:**
- Government:
  - ( ) Lind
  - ( ) Watson
  - ( ) Furst
  - ( ) Metzger
  - (✓) Barnett
  - ( ) Welch
  - ( ) Anderson
  - ( ) Treaster
  - ( ) Disney
  - ( ) Smith
  - ( ) Harry

- Defendant: (✓) In Person   (✓) By Counsel: **Tim Henry**   ( ) Retained   (✓) Appointed

**JUDGE:** (✓) Humphreys  ( ) Gale
**CLERK:** (✓) Stimits  ( ) Carter
**U.S. PROBATION:** (✓) Madden  ( ) Chirinos

---

**Proceedings:** 7 min.
- ( ) Preliminary Hearing   ( ) Held   ( ) Waived
- (✓) Rule 5 /Removal/   ( ) Detention   ( ) Arraignment   ( ) Sentence
- ( ) Bond Hearing   ( ) Bond Revoc.   ( ) Probation/Supervised Release Violation

**District of Colorado**

**ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS**   Arrest Date **1-24-12**

- (✓) Charges explained to the Defendant
- (✓) Defendant sworn & examined re: financial status   (✓) Counsel appointed
- (✓) Defendant's constitutional rights explained   (✓) Felony ( ) Misdemeanor
- ( ) Defendant declined to waive indictment   ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver of Indictment   ( ) Signed Waiver by Juvenile   ( ) Inform. filed
- ( ) Advised of Rights under   ( ) Rule 20   ( ) Rule 40
- ( ) Signed Consent to Transfer (Rule 20)   ( ) Signed Consent to Proceed Before Magistrate
- ( ) Petition to enter plea filed   ( ) Plea Agreement attached
- ( ) Interpreter   ( ) Appointed   ( ) Sworn   Name:_____

- ( ) **ARRAIGNMENT AND PLEA:**
  - ( ) Waived Reading   ( ) Indictment   ( ) Information
  - ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty
  - ( ) Guilty
  - ( ) Not Guilty

(✓) No. of Counts: **2** + forfeiture
( ) Read to Defendant
Counts:_____ withdrawn
Counts:_____ accepted
Counts:_____

- ( ) Judgment Deferred   ( ) Pre-Sentence Investigation   ( ) Continued to:_____
- ( ) Bond  ( ) Fixed at   ( ) Remain at: $_____   ( ) Continued on present bond.
- (✓) Transfer under Rule 40 to the _____ District of **Colorado**
- ( ) Release Order  ( ) Executed   ( ) Continued in effect   (✓) Remanded to Custody
- (✓) Detention Ordered   ( ) Temporary Detention Ordered
- ( ) Set for Trial:_____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard
on _____ at _____ a.m./p.m. before Judge _____
Defendant's next appearance **as directed** at _____ a.m./p.m. before Judge **in Colorado** for:
( ) Detention hearing   ( ) Arraignment   ( ) _____

Miscellaneous: 1:39 - 1:46 Defendant waived his right to an identity hearing and his right to a detention hearing in the District of Kansas, reserving his right to a detention hearing in the District of Colorado. The Court accepted the waiver, found defendant to be person named and granted the Government motion for detention pending further proceedings in Colorado.

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

JAN 2 5 2012

Clerk, U.S. District Court
By _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-M-6011-01-KMH |
| LAWRENCE T. MARTIN | ) | |
| | ) | Charging District's Case No. 12-CR-00010-MSK |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __District of Colorado__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 01-25-12

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Timothy J. Henry
_____
*Printed name of defendant's attorney*