DEFENDANT:          1.  GEORGE H. ASKEW

YEARS OF BIRTH:  1973, 1975

ADDRESS:            Denver, Colorado

COMPLAINT FILED: ____YES   __X__   NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES  __X__  NO

OFFENSE:

Count One:     Possession with Intent to Distribute More than 28 Grams of Crack Cocaine
               21 U.S.C. § 841(a)(1) and (b)(1)(B)

Count Two:     Prohibited Person in Possession of Firearm
               18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Three:   Using a Residence for the Purpose of Distributing Controlled Substance
               21 U.S.C. § 856(a)(1) and (2) and (b)

Count Four:    Possession of Firearm in Furtherance of Drug Trafficking Felony
               18 U.S.C. § 924(c)

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                    21 U.S.C. § 856(a)(1) and (2) and (b)
                    Aiding and Abetting
                    18 U.S.C. § 2

Count Thirty-Three:  Distribution Near schools
                     21 U.S.C. § 860

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count One:  Defendant has a prior PCS state felony conviction.  NLT 10 years, NMT life imprisonment; a fine of NMT $8,000,000.00, or both; NLT 8 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Two:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Three</u>:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Four</u>:  NLT 5 years imprisonment; a fine of NMT $250,000.00, or both; and a $100.00 special assessment.

<u>Count Thirty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Three</u>: Defendant has prior PCS state felony convictions.  NLT 10 years, NMT Life imprisonment; a fine of NMT $8,000,000, or both; NLT 8 years supervised release following any period of imprisonment; and a $100.00 special assessment.

### NOTICE OF FORFEITURE

<u>AGENT</u>:        Special Agent Jason Cole
              Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:   Guy Till
                  Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less      __X__ over five days      _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No

2