AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 9. LAWRENCE T. MARTIN | ) | Case No. 12-cr-00012-MSK |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Lawrence T. Martin                     ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b), Conspiracy to Use and Maintain Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b), Using and Maintaining Drug-Involved Premises
18 U.S.C. § 2, Aiding and Abetting
18 U.S.C. § 3665, Forfeiture Allegation

Date:   02/06/2012                                             s/ M.J. Garcia
                                                         *Issuing officer's signature*

City and state:   Denver, CO                     Gregory C. Langham, Clerk, U.S. District Court
                                                         *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                         *Arresting officer's signature*

                                                         *Printed name and title*

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: 

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                    Weight: 

Sex:                                       Race: 

Hair:                                      Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: