IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN,

    Defendant.
_____

**ENTRY OF APPEARANCE**
_____

Thomas J. Hammond, duly licenced to practice in the United States District Court for the District of Colorado, enters his appearance as counsel for Mr. Martin in the above captioned case.

    Respectfully submitted,

    s/ Thomas J. Hammond
    Thomas J. Hammond
    Thomas J. Hammond, P.C.
    1544 Race Street
    Denver, Colorado 80206
    303-321-7902
    Fax: (303)329-5871
    Email: hammondlaw@solucian.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following e-mail addresses:

Guy Till, Esq.
Guy.till@usdoj.gov

s/ Thomas J. Hammond
Thomas J. Hammond