IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN,

    Defendant.
_____

## NOTICE OF DISPOSITION
_____

Lawrence Martin, by and though his counsel, Thomas J. Hammond, gives notice that a disposition has been reached in this case, and that a change of plea hearing should be scheduled.

    Respectfully submitted,

    s/ Thomas J. Hammond
    Thomas J. Hammond
    Thomas J. Hammond, P.C.
    1544 Race Street
    Denver, Colorado 80206
    303-321-7902
    Fax: (303)329-5871
    Email: hammondlaw@solucian.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 12, 2012, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all appropriate parties in the case.

s/ Thomas J. Hammond
Thomas J. Hammond