IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN,

    Defendant.
_____

**UNOPPOSED MOTION TO FILE MOTION FOR BELOW GUIDELINE SENTENCE OUT OF TIME**
_____

    Mr. Martin, by and through his attorney, Thomas J. Hammond, moves to file his Motion for a Non-Guideline Sentence out of time. In support of this motion, Mr. Martin states the following:

    1.    Sentencing in Mr. Martin's case is set for Monday, September 17, 2012.

    2.    Mr. Martin's motion for a below guideline sentence has just been filed.

    3.    Counsel for Mr. Martin is aware that he has not complied with the Local Rules for the District of Colorado and this Court, and apologizes to the Court and to opposing counsel.

    4.    Counsel cannot offer any meaningful explanation for the delay other than to state that the intention was to file the motion when counsel was out of Colorado but the laptop computer malfunctioned in a manner which prevented transmission of attachments. However, that excuse does not adequately explain the tardiness in any meaningful way.

5. However, counsel has maintained continuous contact with Assistant United States Attorney Guy Till. Mr. Till has received two draft copies of the motion and both counsel have discussed by telephone the contents of the motion. Further, even at this late date, Mr. Till has graciously authorized counsel to represent that he does not oppose this motion.

WHEREFORE, Mr. Martin moves for permission to file the Motion for a Below Guideline Sentence out of time.

Respectfully submitted,

s/ Thomas J. Hammond
Thomas J. Hammond
Thomas J. Hammond, P.C.
1544 Race Street
Denver, Colorado 80206
303-321-7902
Fax: (303)329-5871
Email: hammondlaw@solucian.com

Attorney for Lawrence Martin

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012, I electronically filed the foregoing **UNOPPOSED MOTION TO FILE MOTION FOR BELOW GUIDELINE SENTENCE OUT OF TIME** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following e-mail addresses:

Guy Till, Esq.
Guy.till@usdoj.gov

s/ Thomas J. Hammond
Thomas J. Hammond