IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK-09

UNITED STATES OF AMERICA,

        Plaintiff,

v.

9.  LAWRENCE T. MARTIN,

        Defendant.
_____

**GOVERNMENT'S RESPONSE TO DEFENDANT MARTIN'S
MOTION FOR BELOW GUIDELINE SENTENCE (#633)**
_____

The United States of America, by United States Attorney John F. Walsh,

through the undersigned Assistant United States Attorney Guy Till (Government),

hereby enters the Government's response to Defendant Martin's Motion for Below

Guideline Sentence (#633).  The Government opposes the Motion.

The Government compliments the defendant on his compliance with conditions

of pretrial release.  The Government understands the defendant did serve a period of

confinement before he was released on bond.  The Government has no evidence to

contradict the defendant's description of his medical condition.

However, the Government notes that the Sentencing Guidelines calculations

represent a methodical, considered, and thorough evaluation of relevant offense

conduct and the history and characteristics of the defendant.  The Government

1

respectfully objects to the Motion, and respectfully asks the Court to impose a

sentencing guidelines sentence.

Respectfully submitted this 17th day September, 2012.

Respectfully submitted,

JOHN WALSH
United States Attorney


By:  s/Guy Till
GUY TILL
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0409
E-mail:  Guy.Till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this17th day of September, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT MARTIN'S MOTION FOR BELOW GUIDELINE SENTENCE (#633)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ *Lisa Vargas*
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0409
E-mail: Lisa.Vargas@usdoj.gov