| PROB 22<br>(D\CO 01/03) | | DOCKET NUMBER (Trans Ct)<br>**12-cr-00010-MSK-09** |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Ct) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE:<br><br>**LAWRENCE T. MARTIN** | DISTRICT<br>**District of Colorado** | | DIVISION |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>**Marcia S. Krieger** | | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>**09/17/2012** | TO<br>**09/16/2013** |

OFFENSE: **Using and Maintaining a Drug-Involved Premises and Intentionally Aiding and Abetting Same, 21 U.S.C. § 856(a)(1) and (2) and (b), and 18  U.S.C. § 2**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **District of Colorado**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Kansas upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| March 25, 2013 | s/ Marcia S. Krieger |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  **District of Kansas, Wichita**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

| April 10, 2013 | s/J. Thomas Marten |
|---|---|
| *Effective Date* | *United States District Judge* |