IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

April 11, 2013

United States Courthouse  
401 North Market Street, Room 204  
Wichita, KS 67202-2000

Colorado Case Number: 12-cr-00010-MSK-9  
Receiving Court Case Number:  
Case Name: USA v. Martin

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter in the enclosed envelope.

Very truly yours,  
Jeffrey P. Colwell, Clerk


By: s/M. Fields  
     Deputy Clerk